IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PROTECTIVE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-01084-O |
| SPOTTED LAKES, LLC d/b/a 1845 OIL FIELD SERVICES; RICARDO RANGEL, SR.; and ROBERTO PEREZ, | § § § § § | |
| Defendants. | § | |

## THE PARTIES' JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff Protective Insurance Company ("Protective") and Defendant Spotted Lakes, LLC d/b/a 1845 Oil Field Services ("Spotted Lakes," and together with Protective, the "Parties") hereby notify the Court that all matters of controversy between them have been settled in principle. The Parties are in the process of drafting settlement papers and plan to file appropriate dismissal papers with the Court within twenty-one (21) days after the effective date of such agreement. The Parties anticipate no undue delay in finalizing and executing the necessary settlement papers. The dismissal documents will dispose of the Declaratory Judgment Action filed by Protective against Spotted Lakes and the Counter-Claim filed by Spotted Lakes against Protective.

Date:  September 14, 2021.                    Respectfully submitted,

**DLA PIPER LLP (US)**

By:     */s/ John J. Lloyd*
        John J. Lloyd
        Texas Bar No. 24109480
        john.lloyd@us.dlapiper.com
        1900 North Pearl Street, Suite 2200
        Dallas, Texas 75201
        Telephone: (214) 743-4500
        Fax: (214) 743-4545

        Aidan M. McCormack
        New York Bar No. 2507655
        aidan.mccormack@us.dlapiper.com
        1251 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 335-4750
        Fax: (917) 778-8750

        **ATTORNEYS FOR PLAINTIFF, PROTECTIVE INSURANCE COMPANY**

   *-and-*

**LANZA LAW FIRM, P.C.**

By:     */s/ Nicholas J. Lanza*
        Nicholas J. Lanza
        Texas Bar No. 11941225
        E-service@lanzalawfirm.com
        4950 Bissonnet Street
        Houston, Texas 77401
        Telephone: (713) 432-9090
        Fax: (713) 668-6417

        **ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF SPOTTED LAKES, LLC D/B/A 1845 OIL FIELD SERVICES**

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, this document was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF).

                                               */s/ Nicholas J. Lanza*
                                               Nicholas J. Lanza