# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **PROTECTIVE INSURANCE COMPANY** | § § § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:20-CV-01084-O |
| **SPOTTED LAKES LLC, ET AL.,** | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Joint Notice of Settlement (ECF No. 41), filed September 15, 2021. The parties have reached a settlement agreement. Accordingly, the parties are ordered to file appropriate settlement papers or a joint stipulation of dismissal with prejudice no later than October 15, 2021.

**SO ORDERED** on this **16th day of September, 2021.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE