# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| PROTECTIVE INSURANCE COMPANY, | § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-01084-O |
| SPOTTED LAKES, LLC d/b/a 1845 OIL FIELD SERVICES; RICARDO RANGEL, SR.; and ROBERTO PEREZ, | § § § § § | |
| Defendants. | § § | |

## THE PARTIES' JOINT STIPULATION OF DISMISSAL, WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action—Plaintiff/Counter-Defendant, Protective Insurance Company ("Protective"), and Defendant/Counter-Plaintiff, Spotted Lakes, LLC d/b/a 1845 Oil Field Services ("Spotted Lakes")—by and through their respective counsel, hereby stipulate to the dismissal with prejudice of this lawsuit, including all claims, counterclaims, and crossclaims. This Stipulation of Dismissal is being filed because of a complete and final settlement of all issues in this case. The parties have agreed that they will each bear their own costs and attorneys' fees.

Date: October 15, 2021.

Respectfully submitted,

**DLA PIPER LLP (US)**

By:    _/s/ John J. Lloyd_
      John J. Lloyd
      Texas Bar No. 24109480
      john.lloyd@us.dlapiper.com
      1900 North Pearl Street, Suite 2200
      Dallas, Texas 75201
      Telephone: (214) 743-4500
      Fax: (214) 743-4545

Aidan M. McCormack
New York Bar No. 2507655
aidan.mccormack@us.dlapiper.com
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4750
Fax: (917) 778-8750

**ATTORNEYS FOR PLAINTIFF/ COUNTER-DEFENDANT, PROTECTIVE INSURANCE COMPANY**

*-and-*

**LANZA LAW FIRM, P.C.**

By:    */s/ Nicholas J. Lanza*
       Nicholas J. Lanza
       Texas Bar No. 11941225
       E-service@lanzalawfirm.com
       4950 Bissonnet Street
       Houston, Texas 77401
       Telephone: (713) 432-9090
       Fax: (713) 668-6417

**ATTORNEYS FOR DEFENDANT/ COUNTER-PLAINTIFF SPOTTED LAKES, LLC D/B/A 1845 OIL FIELD SERVICES**

## CERTIFICATE OF CONFERENCE

Pursuant to L.R. 7.1(a), I hereby certify that the parties have conferred via email on all the relief requested herein, and the parties agree as to the relief requested.

       */s/ Nicholas J. Lanza*
       Nicholas J. Lanza

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2021, this document was filed through the ECF system and served electronically on all registered participants as identified in the Notice of Electronic Filing (NEF).

                                                   */s/ Nicholas J. Lanza*
                                                 Nicholas J. Lanza